UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:08-CV-P455-S

ARTHUR WILLIS                                                                                       PETITIONER

v.

COMMONWEALTH OF KENTUCKY                                                       RESPONDENT

## MEMORANDUM OPINION

This matter is before the Court after preliminary review of Arthur Willis's *pro* se petition for a writ of habeas corpus under 28 U.S.C. § 2254. The Court ordered Petitioner to show cause why this petition should not be dismissed as time-barred under the doctrine of equitable tolling and, in his response, Petitioner avers generally that he is ignorant of the law, lacks adequate resources and is generally disadvantaged by circumstances in prison. None of these circumstances supports equitably tolling § 2244's limitation period under *Dunlap v. United States*, 250 F.3d 1001, 1008 (6th Cir. 2001). The Court will therefore enter a separate order dismissing this petition.

### Certificate of Appealability

Before seeking an appeal, § 2253 requires a petitioner to make a substantial showing of the denial of a constitutional right. This does not require a showing that the appeal will succeed. *Slack v. McDaniel*, 529 U.S. 473 (2000). Rather, the petitioner must show that reasonable jurists could find debatable whether the petition should be resolved in a different manner or that the matter deserves further review. *Miller-El v. Cockrell*, 537 U.S. 322 (2003). This Court concludes no reasonable jurist would find debatable the conclusion that the petition is time-

barred and that the doctrine of equitable tolling is not applicable.

    DATED: July 22, 2009

Charles R. Simpson III, Judge
United States District Court

cc:     Petitioner, *pro se*
        Respondent
        Attorney General, Commonwealth of Kentucky

4411.007