UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:08-CV-P455-S

ARTHUR WILLIS                                                                                           PETITIONER

v.

COMMONWEALTH OF KENTUCKY                                                         RESPONDENT

## **ORDER**

This matter is before the Court after preliminary review of Arthur Willis's *pro* se petition for a writ of habeas corpus under 28 U.S.C. § 2254.  For reasons set forth in its show cause order and the Memorandum Opinion entered this date,

**IT IS HEREBY ORDERED** that the petition is **DISMISSED with prejudice** as time-barred under 28 U.S.C. § 2244.

**IT IS FURTHER ORDERED** that for reasons stated in the Memorandum Opinion a Certificate of Appealability is **DENIED**.

This is a final order with no just reason for delay in its entry.

The Court further certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal of this action would not be taken in good faith.

DATED: July 22, 2009

Charles R. Simpson III, Judge
United States District Court

cc:     Petitioner, *pro se*
        Respondent
        Attorney General, Commonwealth of Kentucky

4411.007